UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

**OFFICE:** Camden

**DATE OF PROCEEDING:** 5/28/25

**JUDGE CHRISTINE P. O'HEARN**

**DOCKET NO.** 19-cv-19998 (CPO-AMD)

**COURT REPORTER:** Meta Goddard

**TITLE OF CASE:**

EISAI R&D MANAGEMENT CO., LTD, et al.

v.

SHILPA MEDICARE LIMITED

**APPEARANCES:**
Preston Ratliff, II, Esquire for Plaintiffs
Melanie Rupert, Esquire for Plaintiffs
Lucas Kressel, Esquire for Plaintiffs
William Deni, Jr., Esquire for Plaintiffs
Sarah Spencer, Esquire for Plaintiffs
Bruce Wexler, Esquire for Plaintiffs
Jeffer Ali, Esquire for Defendant
Matthew Kamps, Esquire for Defendant
Peter Urmston, Esquire for Defendant
Sharif Ahmed, Esquire for Defendant

**NATURE OF PROCEEDINGS: ORAL DECISION**

Oral Decision on Defendant's invalidity defenses.
Plaintiffs shall submit a proposed order within seven (7) days.

Time Commenced:   2:15pm
Time Adjourned:   2:35pm
**Total time:**   **20 Minutes**

/s/ *Haley Minix*
DEPUTY CLERK